

RECEIVED
IN MONROE, LA
MAY 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| JAMIE DALE SMITH | CIVIL ACTION NO. 07-0371 |
| VERSUS | JUDGE ROBERT G. JAMES |
| VENETIA MICHAEL, WARDEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in this Court's Memorandum Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 5], which the Court ADOPTS,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. No. 1] is DENIED AND DISMISSED WITH PREJUDICE as time-barred under 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 18 day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE